CLF 225
01/20/06

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Justin P. German          Case No.: 06−11788−DWH
      Debtor(s)

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge due to the failure of the debtor(s) to timely file the required Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23).

DATE OF ISSUANCE: 12/7/06          David J. Puddister
                                                  Clerk, U.S. Bankruptcy Court
                                                BY: Amanda Dabbs
                                                  Deputy Clerk